UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AARON HOLLAMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08778-SB-MAR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order granting summary judgment entered December 26, 2023, it is ORDERED AND ADJUDGED that all of Plaintiff Joshua Aaron Hollamon's claims against all Defendants are dismissed on the merits with prejudice.

　　This is a final judgment.

Date: December 28, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge